378 A.2d 858

**COMMONWEALTH of Pennsylvania**

v.

**Robert TAYLOR, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 11, 1976.

Decided Oct. 7, 1977.

Patrick Artur, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

ORDER

PER CURIAM.

Order affirmed.